INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

**FILED**

**JUN 1 2 2025**

**U.S. CLERK'S OFFICE**

|  |  |
|---|---|
| Miriah Turey | ) Case No. ___2:25-cv-00275-MPB-MJD___ |
|  | ) _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
|  | ) |
| See attached attached | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

**Demand for Jury Trial**    ☐ Yes    ☒ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I ask the court to to reffer to the written forms on the back of 1-6.

## I.       Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.       If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B.       If the Basis for Jurisdiction Is Diversity of Citizenship

1.       The Plaintiff(s)

a.       If the plaintiff is an individual:

The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____, OR is a citizen of *(foreign nation)*_____

b.       If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)*_____,

and has its principal place of business in *(name)*_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2.      The Defendant(s)

    a.      If the defendant is an individual:

        The defendant, *(name)*_____, is a citizen of

        the State of *(name)*_____, OR is a citizen of

        *(foreign nation)*_____.

    b.      If the defendant is a corporation, partnership, or other entity:

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)*_____, and has its

        principal place of business in the State of *(name)*_____.

        Or is incorporated under the laws of *(foreign nation)*_____,

        and has its principal place of business in *(name)*_____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## II.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Miriah L. Turney |
| Street Address | 1033 E. Washing St. |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana  46202 |
| Telephone Number | No phone |
| E-mail Address | miriahturney82@gmail.com proton.me |

✷ my address has been compromised and ce

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jane Doe |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | Marion Bloomington Hendriks Parke cos unties |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jane Doe |
| Job or Title *(if known)* | marion Bloomington Hendriks Parkeo Counties |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John Doe |
| Job or Title *(if known)* | marion Bloomington Hendricks Parke Co Counties |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

NO.4    John Doe
marion Bloomington Hendrick Parke
counties

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Statement is that I cannot afford a attorney I am familiar with law I am also familier with the law A female judge of Indianapolis or traveled I dont know She never told me her name nor do I know going in front of her. One Elbeth or Elizabeth, an older judge woman that asked for something in return that condeal with a diffent type of law. And a lawyer with — Sara Evans Barker, cause no 1:25-0838-SEB-MG I asked total I asked more monies, monatary payment and judgement. I asked for relief grave enough substalual evidence besides just makeing copies I gave person address, some of the person listed are judges and lawyers and am still facing homelessness, no money for groceries, very little communication with my kiddo, I wouldnt trust him in chaires or courtroom with any judge or attorney. My Education Graduated High school IN, Certified Nurse, IN., Healthy families Day center for Indivdials 18 grs and Older all certified to work their, 18 yrs of raising my kiddo in my own house. Threated by a male judge recorded on a public phone in the Vigo Co. Libry, threatened by the other defents just explained to the Clerk Marion in the Southern District in Terra Haute. Personaly I know several Drs lawyers Politicians and a few judges also Nurses, my family all Proffessionals, Involved in the Politics of the Catholic Educators Community

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relif cause no 1:25-0 0838-SEB MG, 1:25-cv-00840-TWP-MJD 1:25-cv 00836-RLY-MG, 1:25-cv-00835-MPB-CSW, 1:25-cv 00834-RLY-MG Clear communication of punitive damages, for amounts Set at 75,000 or by the Judge, and because of the persons in where they work they feds state and local govcrnt all inside of Indiana, I could not file some of because my pay not being given I had to b the word was on the street Indianapolis Rockville IN Brownsburg and now Terra Haute their were no settlements recevied, I have no permant am almost homeless, have been threaned have no bank account, been coheewed and threated with sexual threats gr towards my son and I. Harrass Page 5 of 6 No car, No money for copies or to do things in a timely mannor, Economical

which is houseing can steak or ravioli and how can, clothing and shoes bags and how dirty the "neighbors" are or the city or state is, my standard of living I made 17.00 an hr for my pay cut to 14.35, had an Iphone Contract, went out to eat got pedicures and went to the hair dress Salon I didnt use food stamps for a years goverment resources.

I've been refused unemployment because of Economic Stanards, also limited to 2 busse public busses a month and missed 2 christmas, 2 birthdays have used clothing Stole my phone my appli Iphone my goverment phone I have paralysis in my left hand, Im followed by Entities that were not mine and my hearing is off youve used public computers to compromise my Email. Id like the cases to be reffered to which includes military also and persons that are in your offices Politicans Indianapolis filled from June 2023' to Attorney General Indiane California Washington Arizona, FBI and CIA. All 5 causes involving same persons as I ask that the federal court grant Clear all any charges from Any state, that includes threats of any from law enforcement, Hendricks Co, Browns Burg

Rockville IN, Marion Capitol Police Military and be free to travel by car bus local bus plane and that includes my kido, which named. My kiddo be returned to me and all of his be all custody any property any earnings be given back in the last 10 years any communcation be no cntier fource from anyone between his dad and I from the Court FBI, Entienties. I ask the judgment be an amount that I am 49 be taken in consideration that there be no homelessness or threat of, no worry of Economical drastic changes in mine or my sons life which his ex sepectancy was until 31 yrs old. There be little to no more humiliation, As far as human Rights.
That also my dead Son which was a twin and his grave where he was burried no longer be an issue and I mean figiting over who Days which is Memory Garden, who looks over his grave persons from the →

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 6/24 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be  served. I understand that my failure to keep a current address on file with the Clerk's Office may result  in the dismissal of my case.

Date of signing:        6/12/2025

Signature of Plaintiff        Miriah A. Tunney

the Elders. And thus be expedited today 6/12/2025

I don't have a phone and my Email at local
library is going off. So by email miriahtumey826@gmail
proton.me                                      'Cin