UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MIRIAH L. TUMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:25-cv-00275-MPB-MJD |
| ) | |
| JANE DOE (#1) Marion Bloomington Hendricks Parke Counties, ) | |
| JANE DOE (#2) Marion Bloomington Hendricks Parke Counties, ) | |
| JOHN DOE (#1) Marion Bloomington Hendricks Parke Counties, ) | |
| JOHN DOE (#2) Marion Bloomington Hendricks Parke Counties, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Pursuant to the Court's Order on this date, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff Miriah L. Tumey.

**IT IS SO ORDERED.**

Dated: September 22, 2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

MIRIAH L. TUMEY
1033 E. Washington St.
Indianapolis, IN 46202